UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CH CORKTOWN LLC, et al.,

Plaintiffs,

v.

CITEZENS BANK, N.A.,

Defendant.

Case No. 25-cv-13106

Honorable Robert J. White

**JUDGMENT**

The Court has granted defendant's motion to dismiss the amended complaint.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiffs. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

September 4, 2026

Approved: s/ Robert J. White
Robert J. White
United States District Judge